











<0>

<0><0><0><0><0>
<0>
<0>
<0>







Posted by u/idspispopd 5 hours ago

**JOHN KIRIAKOU: Don't Charge Trump With Espionage**

consortiumnews.com/2022/0... 

2 Comments   Share   Save   ...

u/adobe_acrobatdc · Promoted

Working Pros of Reddit, say you need to BOTH edit your PDF & quickly get e-signatures. DYK you can get it all done in just one app? FR. Acrobat's got it. Try it for free now.

Sent. Signed. Won.










Search Facebook

w.consortiumnews.com



## Joe Lauria

1.7K friends



**Posts**  About  Friends  Photos  Videos  Check-ins  More ▼

### Intro

Editor-in-chief,  Consortiumnews.com, author, former @BostonGlobe, @WSJ UN correspondent.

**Edit bio**

 Editor-in-Chief at **Consortiumnews.com**

 Former Former U.N. Correspondent at Wall Street Journal

 Followed by **1,773 people**

**Edit details**

**Add hobbies** 

 What's on your mind?

🎥 **Live video**

**Posts**

≡ List view 

 **Joe Lauria**
May 20 · 🌐





Search: "Starr's 'High Crime'" Consortium News Robert

All   News   Videos   Images   Maps   More                                                                   Tools

About 2 results (0.22 seconds)

http://www.consortiumnews.com › ...

### Starr's 'High Crime' - Consortium News

20 Jan 1999 — **Starr's 'High Crime'**. By **Robert Parry** ... In this land of Robert E. Lee and "Stonewall" Jackson, Starr secured a four-count felony ...

https://www.consortiumnews.com › archive › clinton

### Clinton Scandals - Consortium News

By **Robert Parry**. February 10, 1999. **Starr's 'High Crime'** Special prosecutor Kenneth **Starr** has opened a new legal front in the friendlier terrain of Virginia ...

