PRIME CONTRACT

# FA864921P1569

Purchase Order

Share | Export | Pass | Favorite | Track | FOIA | Pipeline

| Overview | Status | SBIR | Hierarchy | Timeline |
| Subs | Opps | History |
| People | Additional |



## Overview
List | Text

| | |
|---|---|
| Awardee | NewsGuard Technologies |
| Government Description | MISINFORMATION FINGERPRINTS |
| Awarding / Funding Agency | Air Force Research Laboratory (AFRL) \| DoD – USAF – AFMC \| |
| NAICS | 541715 – Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology) |
| PSC | AC21 – National Defense R&D Services; Defense-Related Activities; Applied Research |
| Place of Performance | New York, NY 10019 United States |
| Pricing | Fixed Price |
| Set Aside | Small Business Set Aside – Total (SBA) |
| Extent Competed | Full And Open Competition After Exclusion Of Sources |
| Est. Average FTE | 3 |
| Related Opportunity | None |

## SBIR Details

| | |
|---|---|
| Research Type | Small Business Innovation Research Program (SBIR) Phase II |
| Title | Misinformation Fingerprints |
| Abstract | NewsGuard combines human intelligence with technology to enable companies, institutions, and end-users to identify, track, and avoid misinformation and disinformation online–and to find trustworthy sources from which information is likely to be accurate. |
| Research Objective | The goal of phase II is to continue the R&D efforts initiated in Phase I. Funding is based on the success achieved in Phase I and the scientific and technical merit and commercial potential of the project proposed in Phase II. |
| Topic Code | AF211-DCS01 |
| Agency Tracking Number | F2D-2958 |
| Solicitation Number | X21.1 |
| Contact | Harmony Keeney |

## Status (Complete)



Period of Performance

| 9/7/21 | 12/8/22 | 12/8/22 |
|---|---|---|
| Start Date | Current End Date | Potential End Date |

100% Complete

Obligations

| $749.4K | $749.4K | $749.4K |
|---|---|---|
| Total Obligated | Current Award | Potential Award |

100% Funded

## Award Hierarchy

| Purchase Order | Subcontracts |
|---|---|
| FA864921P1569 | 0 |

## Activity Timeline



## People
Suggested agency contacts for FA864921P1569
Export

| Name | Relationship | Email | Profile |
|---|---|---|---|
| Cathie Stropki | Contract Modified By | catherine.stropki.l@us.af.mil | View |
| Yvonne Cooke | Contract Awarded By | yvonne.cooke@us.af.mil | |
| Department of the Air Force | Small Business Office | saf.sb.workflow@us.af.mil | |
| Air Force Materiel Command | Small Business Office | afmc.sb.workflow@us.af.mil | |

## Competition

| | |
|---|---|
| Offers Received | 297 |
| Solicitation Procedures | Negotiated Proposal/Quote |
| Evaluated Preference | None |
| Performance Based Acquisition | Yes |
| Commercial Item Acquisition | Commercial Item |
| Simplified Procedures for Commercial Items | No |

## Other Categorizations

| | |
|---|---|
| Subcontracting Plan | Plan Not Required |
| Cost Accounting Standards | Exempt |
| Business Size Determination | Small Business |
| Defense Program | None |
| DoD Claimant Code | Electronics And Communication Equipment |
| IT Commercial Item Category | Not Applicable |

## Agency Detail

| | |
|---|---|
| Awarding Office | FA8649 FA8649 USAF SBIR STTR CONTRACTING |
| Funding Office | FAF8EQ |
| Created By | yvonne.cooke@us.af.mil |
| Last Modified By | catherine.stropki.l@us.af.mil |
| Approved By | catherine.stropki.l@us.af.mil |

## Legislative

| | |
|---|---|
| Legislative Mandates | None Applicable |
| Performance District | NY-12 |
| Senators | Kirsten Gillibrand, Charles Schumer |
| Representative | Jerrold Nadler |

Modified: 9/7/21