**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Theodore J. Boutrous Jr.
Direct: +1 213.229.7804
Fax: +1 213.229.6804
TBoutrous@gibsondunn.com

November 8, 2023

VIA ECF

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:  *Consortium for Independent News, Inc. v. NewsGuard Technologies, Inc.*,
Case No. 23-cv-07088-KPF

Dear Judge Failla:

I represent Defendant NewsGuard Technologies, Inc. ("NewsGuard") in the above-captioned matter. I submit this letter to respectfully request an adjournment of the Initial Pretrial Conference, currently scheduled for November 16, 2023 at 11:30 AM, and a corresponding extension of the parties' deadline to file the proposed civil case management plan and joint letter, as provided in the Notice of Initial Pretrial Conference, *see* Dkt. 4.

On October 23, 2023, Plaintiff Consortium for Independent News, Inc. filed an Amended Complaint. On October 31, Plaintiff asked NewsGuard to agree to waive service, which NewsGuard did on November 1. Accordingly, NewsGuard's deadline to answer the complaint is January 1, 2024. Defendant United States of America has not yet been served. Accordingly, we respectfully request that the Initial Pretrial Conference be adjourned to a date and time at the Court's convenience, after Defendants' deadline to respond to the complaint.

Plaintiff's counsel consents to this request for an adjournment of the Initial Pretrial Conference.

No previous requests for adjournment of the Initial Pretrial Conference have been made.

Respectfully submitted,

*/s/ Theodore J. Boutrous Jr.*

cc: All counsel of record (via ECF)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.