Bruce I. Afran<br>
Attorney-at-Law<br>
10 Braeburn Dr.<br>
Princeton, N.J. 08540<br>
606-454-7435

February 8, 2024

The Honorable Katherine Polk Failla
United States District Judge
40 Foley Square, Room 2103
New York, NY 10007

Re: *Consortium for Independent Journalism, Inc. v. United States of America & NewsGuard Technologies, Inc.*, Case No. 23-cv-07088-KPF

Dear Judge Failla:

I am counsel for plaintiff, Consortium for Independent Journalism, Inc., and I am writing in connection with the Government's conference request letter. By my calculation, plaintiff's response would have been due yesterday, February 7, 2024, under the three-day rule. However, I was in an all-day medical procedure yesterday, with a medical visit the day before, and was unable to file on time and needed some additional time to recover today.

May I request leave to file plaintiff's response on **Monday, February 12, 2024**? From my email communication with AUSA Kumar yesterday, I believe this would be agreeable to the Government.

Thank you.

                                                           Respectfully submitted,

                                                           S/Bruce I. Afran
                                                             Counsel for Plaintiff

<u>Via ECF</u>