**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CONSORTIUM FOR INDEPENDENT
JOURNALISM, INC.,

                      Plaintiff,

    -against-                                   23 **CIVIL** 7088 (KPF)

                                                   **<u>JUDGMENT</u>**

THE UNITED STATES OF AMERICA and
NEWSGUARD TECHNOLOGIES, INC,

                      Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 26, 2025, the Government's motion to dismiss and NewsGuard's motion to dismiss are both GRANTED in their entirety. The Court dismisses the Second Amended Complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 26, 2025

                                                       **TAMMI M HELLWIG**
                                                       **Clerk of Court**

                             **BY:**

                                                       **Deputy Clerk**