**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand twenty-five,

_____

Consortium for Independent Journalism, Inc.,

    Plaintiff - Appellant,

Consortium for Independent News, Inc.,

    Plaintiff,

v.

NewsGuard Technologies, Inc., United States of America,

    Defendants - Appellees.

**ORDER**
Docket No. 25-1376

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 06, 2025

A notice of appeal was filed on May 27, 2025. The Appellant's Form C due June 10, 2025, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 30, 2025, if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/06/2025